UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br>　　　　　　APPELLANT<br>　　v.<br><br>ADELPHIA COMMUNICATIONS CORPORATION,<br>ET AL<br>　　　　　　APPELLEES | DOCKET NO.: 07-CV-553A<br>BK: 03-01292-MJK<br><br>(Administratively Consolidated under Docket No. 07-CV-553A) |

---

| | |
|---|---|
| KEY BANK NATIONAL ASSOCIATION,<br>　　　　　　APPELLANT<br>　　v.<br><br>ADELPHIA COMMUNICATIONS CORPORATION,<br>ET AL<br>　　　　　　APPELLEES | DOCKET NO.: 07-CV-555A<br>BK: 03-01292-MJK |

---

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ADELPHIA COMMUNICATIONS CORPORATION,<br>　　　　　　APPELLANT<br>　　v.<br><br>FLEET NATIONAL BANK, ET AL.<br>　　　　　　APPELLEES | DOCKET NO.: 07-CV-554A<br>BK: 03-01292-MJK |

---

## STIPULATION AND NOTICE OF SUBSTITUTION OF COUNSEL

WHEREAS, Stevens & Lee P.C. is listed as counsel of record to KeyBank National Association ("KeyBank") a creditor and party-in-interest in the above captioned proceedings (the "Actions").

WHEREAS, KeyBank has requested that Thompson Hine LLP represent it in the Actions and has consented to the withdrawal of Stevens & Lee P.C.

WHEREAS, Stevens & Lee P.C. consents to its withdrawal as counsel of record to KeyBank in the Actions, and

WHEREAS, it is not expected that any delay or prejudice will result to any party in interest in the Actions from this substitution of counsel.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Good cause exists for the substitution of Thompson Hine LLP as counsel of record to KeyBank in the Actions.

2. Thompson Hine LLP shall become counsel of record to KeyBank as of the date this Stipulation is so ordered by the Court (the "Substitution Date").

3. As of the Substitution Date, all notices given or required to be given in the Actions and all papers served or required to be served in the Actions should be given to and served upon the following:

>   Rebecca Brazzano
>   Thompson Hine LLP
>   335 Madison Avenue, 12th Floor
>   New York, New York 10017
>   Telephone: 212-344-5680
>   Facsimile: 212-344-6101
>   Email: Rebecca.Brazzano@ThompsonHine.com

Dated: March 16, 2011

| WITHDRAWING COUNSEL | SUBSTITUTING COUNSEL |
|---|---|
| STEVENS & LEE P.C. | THOMPSON HINE LLP |
| By: _____ | By: _____ |
| Constantine Pourakis | Rebecca Brazzano |
| 485 Madison Avenue | 335 Madison Avenue, 12th Floor |
| New York, NY 10022 | New York, NY 10017 |

KEYBANK NATIONAL ASSOCIATION

By: _____
Michelle DeShon
Vice President and Senior Counsel
127 Public Square,
Mail Code OH-01-27-0200
Cleveland, OH 44114-1306

IT IS SO ORDERED

_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT JUDGE