UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br>        APPELLANT<br>V.<br><br>ADELPHIA COMMUNICATIONS CORPORATION,<br>ET AL<br>        APPELLEES | DOCKET NO.: 07-CV-553A<br>BK: 03-01292-MJK<br><br>(Administratively Consolidated<br>under Docket No. 07-CV-553A) |

_____

| | |
|---|---|
| KEY BANK NATIONAL ASSOCIATION,<br>        APPELLANT<br>V.<br><br>ADELPHIA COMMUNICATIONS CORPORATION,<br>ET AL<br>        APPELLEES | DOCKET NO.: 07-CV-555A<br>BK: 03-01292-MJK |

_____

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF ADELPHIA COMMUNICATIONS<br>CORPORATION,<br>        APPELLANT<br>V.<br><br>FLEET NATIONAL BANK, ET AL.<br>        APPELLEES | DOCKET NO.: 07-CV-554A<br>BK: 03-01292-MJK |

_____

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MAXINE LOTHIAN GORDON, being duly sworn, deposes and says:

1. I am over eighteen years old, am not a party to this action and reside in Bronx County, New York.

2. On March 17, 2011, I served a true copy of the Stipulation and Notice of Substitution of Counsel, by placing true copies of the same, enclosed in a securely sealed first class postage-paid envelope, into an official depository under the exclusive control of the U.S. Postal Service, located in the City of New York, State of New York, addressed to Defendants at the last known address as follows:

Avani Shah
Wilkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

Howard B. Levi
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York, New York 10036

Joanna Rotgers
Wilkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

William E. Lawson
Aaron, Dautch, Sternberg & Lawson
730 Convention Tower
43 Court Street
Buffalo, New York 14202

William S. Thomas, Jr.
Nixon Peabody LLP
Clinton Square
P.O. Box 31051
Rochester, New York 14603

3. On March 16, 2011 the parties listed below were served via the Court's Electronic filing system.

| | |
|---|---|
| Aaron Mark Bell | abell@kasowitz.com |
| Alec P. Ostrow | aostrow@beckerglynn.com |
| Angela Z. Miller | amiller@phillipslytle.com |
| David J. Shipiro | dshapiro@kasowitz.com |
| Jocelyn Keynes | jk@stevenslee.com |

| | |
|---|---|
| Mark J. Schlant | mschlant@zsa.cc |
| Roger Netzer | mao@wilkie.com, ashah@wilkie.com, |
| Walter E. Swearingen | wswearingen@lf-law.com |
| William J. Brown | wbrown@phillipslytle.com, ecfphillips@phillipslytle.com, |
| khatch@phillipslytle.com | |

_____
Maxine Lothian Gordon

Sworn to before me this
17th day of March, 2011

_Karen Katen_
Notary Public
201137

Karen Katlan
Notary Public State of New York
No. 01KA4994374
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 6, 2014