**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of February, two thousand eleven.

Before:     BARRINGTON D. PARKER,
            PETER W. HALL,
            GERARD E. LYNCH,
                *Circuit Judges*.

In re: ADELPHIA RECOVERY TRUST, Successor to the Official Committee of Unsecured Creditors of Adelphia Communications Corporation,

*Defendant-Cross-Claimant-Appellant*,

v.

HSBC BANK USA, NATIONAL ASSOCIATION, FLEET NATIONAL BANK, KEY BANK NATIONAL ASSOCIATION,

*Plaintiffs-Cross-Claimants-Appellees*.

**JUDGMENT**
Docket Nos. 09-0799-bk (L)
             09-0808-bk (Con)
             09-0810-bk (Con)



The appeal in the above captioned case from the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/11/2011**